From: Charles Bunton
Allred Unit, TDCJ #1143771
2101 FM 369 North
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

March 18, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07 my "original application for writ of mandamus was received and presented to the Court."

On April 2, 2014 "the Court... denied without written order motion for leave to file...."

This Court was aware that the requirement to file a "motion for leave to file" was repealed before I filed my mandamus.

This Court should go back and rule on my mandamus WR-60,852-07. The Court has all of my documents - EXHIBITS that I cannot afford to purchase anymore because I am now indigent. This Court should address the issues presented in the mandamus—VOID JUDGMENT from the 3rd C.O.A. where my conviction was wrongly affirmed on direct appeal.

Respectfully Submitted
Charles Bunton